IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Porter, Darius

Printed: 01/06/09

Case Number: 07 B 01373
Judge: Wedoff, Eugene R
Filed: 1/26/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 16, 2008
Confirmed: March 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,045.10 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,424.00 |
| Trustee Fee: |  | 145.68 |
| Other Funds: |  | 475.42 |
| Totals: | 3,045.10 | 3,045.10 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,424.00 | 2,424.00 |
| 2. | Affiliated Financial Corporation | Secured | 0.00 | 0.00 |
| 3. | Overland Bond & Investment Corp | Unsecured | 1,008.18 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 1,479.50 | 0.00 |
| 5. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 6. | Riscuity | Unsecured |  | No Claim Filed |
|  |  |  | $ 4,911.68 | $ 2,424.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 104.81 |
| 6.5% | 40.87 |
|  | $ 145.68 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

